B25C (Official Form 25C) (12/08)

# United States Bankruptcy Court
## Northern District of Georgia

In re  DN Real Estate Services & Acquisitions, LLC  
            Debtor(s)

Case No. __17-55587__  
Chapter __11__

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: April 2017  
Line of Business: _____

Date Filed: _____  
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Cortney Newmans  
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

DN Real Estate Services & Acquisitions, LLC  
PRINTED NAME OF RESPONSIBLE PARTY

QUESTIONNAIRE: *(All questions to be answered on behalf of the debtor.)*

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

| | YES | NO |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☑ | ☐ |

B25C (Official Form 25C) (12/08) - Cont.

2

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 284.88

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ 29,292.36

Cash on Hand at End of Month  $ 36,534.07

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL  $ 36,534.07

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ _____

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ _____

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ _____

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH  $ _____

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

B25C (Official Form 25C) (12/08) - Cont.

3

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:   $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:   $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:   $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
██████6372
04/30/2017

# SUNTRUST

# Account Statement

DN REAL ESTATE SERVICES & AQUISITION DIP
CASE # 17-55587-PMB
2020 HOWELL MILL RD NW
SUITE D199
ATLANTA GA 30318

Questions? Please call
1-800-786-8787

Starting May 7, 2017, pricing for the Same Day Bill Pay service will change
from $9.95 to $4.95 per transaction. Avoid late fees and service interruptions while boosting
your financial confidence and control.
Check the "Deliver By" calendar to see if your provider accepts this Rush Delivery option.
Get credit for your payment today.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | ██████6372 | 04/10/2017 - 04/30/2017 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $25,397.14 |
| Deposits/Credits | $36,617.24 | Average Collected Balance | $25,382.94 |
| Checks | $.00 | Number of Days in Statement Period | 21 |
| Withdrawals/Debits | $83.17 | | |
| Ending Balance | $36,534.07 | | |

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 04/18 | 284.88 | | DEPOSIT | | | | |
| 04/11 | 23,282.36 | | INCOMING FEDWIRE CR TRN #008401 | | | | |
| 04/28 | 13,050.00 | | INCOMING FEDWIRE CR TRN #009930 | | | | |

Deposits/Credits: 3     Total Items Deposited: 1

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/11 | 15.00 | | INCOMING FEDWIRE TRANSFER FEE TRN #008401 |
| 04/27 | 53.17 | | ELECTRONIC/ACH DEBIT CITI CARD ONLINE PAYMENT 112312813917308 |
| 04/28 | 15.00 | | INCOMING FEDWIRE TRANSFER FEE TRN #009930 |

Withdrawals/Debits: 3

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/10 | .00 | .00 | 04/19 | 23,552.24 | 23,552.24 |
| 04/11 | 23,267.36 | 23,267.36 | 04/27 | 23,499.07 | 23,499.07 |
| 04/18 | 23,552.24 | 23,268.24 | 04/28 | 36,534.07 | 36,534.07 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

2:21 PM
05/16/17
Cash Basis

# DN Real Estate
## Balance Sheet
### As of April 30, 2017

|  | Apr 30, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| SunTrust | 36,534.07 |
| **Total Checking/Savings** | 36,534.07 |
| **Other Current Assets** | |
| Earnest Money | 1,500.00 |
| Escrow for loan from Antone Str | 30,300.00 |
| Escrow for loan from Briarlake | 200.00 |
| escrow for loan from Holmes | 6,100.00 |
| Escrow Loan Chestnut Hill Cir | 600.00 |
| **Total Other Current Assets** | 38,700.00 |
| **Total Current Assets** | 75,234.07 |
| **Fixed Assets** | |
| **Antone Street** | |
| Holding Cost | 64,259.27 |
| Purchase Cost | 224,269.40 |
| Rehab Cost | 75,895.27 |
| Antone Street - Other | 2,988.28 |
| **Total Antone Street** | 367,412.22 |
| **Briarlake Road** | |
| Holding Cost | 41,908.39 |
| Purchase Cost | 273,611.36 |
| Rehab Cost | 122,300.00 |
| Briarlake Road - Other | 103.45 |
| **Total Briarlake Road** | 437,923.20 |
| **Chestnut Hill Circle** | |
| Purchase Cost | 88,500.00 |
| Rehab Cost | 21,457.00 |
| **Total Chestnut Hill Circle** | 109,957.00 |
| **Total Fixed Assets** | 915,292.42 |
| **TOTAL ASSETS** | **990,526.49** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| **Credit Cards** | |
| American Express | 10,977.12 |
| Bank of America | 3,892.76 |
| BBT Visa | 2,117.65 |
| Citibank | 766.41 |
| Fifth Third Bank | 6,649.28 |
| Frontier Airlines | 4,815.61 |
| Lakelands FCU | 2,638.38 |
| **Total Credit Cards** | 31,857.21 |
| **Total Credit Cards** | 31,857.21 |
| **Other Current Liabilities** | |
| Due to Cortney Newmans | 66,363.96 |
| Escrow Loan | 38,031.00 |
| **Ground Floor Finance** | |
| Loan for Chestnut Hill Circle | 109,850.00 |
| **Total Ground Floor Finance** | 109,850.00 |
| **Lendinghome Loans** | |
| Loan for Antone Street | 281,250.00 |
| Mortgage on Briarlake | 339,200.00 |

2:21 PM
05/16/17
Cash Basis

# DN Real Estate
## Balance Sheet
### As of April 30, 2017

|  | Apr 30, 17 |
|---|---:|
| **Total Lendinghome Loans** | 620,450.00 |
| Loan from Cortney Newmans | 50,381.95 |
| Loan from H4 Investments | 43,000.00 |
| Loan from H4 Solutions | 27,000.00 |
| Loan from Jeff Stamey | 170,000.00 |
| Loan from Kabbage | 58,000.00 |
| Loan from Square Inc | 2,667.00 |
| **Total Other Current Liabilities** | 1,185,743.91 |
| **Total Current Liabilities** | 1,217,601.12 |
| **Total Liabilities** | 1,217,601.12 |
| **Equity** | |
| Opening Balance Equity | 10,357.57 |
| Partner 1 Draws | -25,125.63 |
| Retained Earnings | -155,608.73 |
| Net Income | -56,697.84 |
| **Total Equity** | -227,074.63 |
| **TOTAL LIABILITIES & EQUITY** | 990,526.49 |

2:22 PM
05/16/17
Cash Basis

# DN Real Estate
## Profit & Loss
### April 2017

|  | Apr 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Other Income | 284.88 |
| **Total Income** | 284.88 |
| **Gross Profit** | 284.88 |
| **Expense** | |
| Bank Service Charges | 30.00 |
| Consulting Fee Expense | 600.00 |
| Interest Expense | |
| Credit Cards | 274.54 |
| **Total Interest Expense** | 274.54 |
| **Total Expense** | 904.54 |
| **Net Ordinary Income** | -619.66 |
| **Net Income** | -619.66 |

Page 1

## DN Real Estate

05/16/2017 2:24 PM

Register: Bank of America
From 04/01/2017 through 04/30/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/11/2017 | | | SunTrust | incoming wire | 23,282.36 | | | 6,010.00 |
| 04/12/2017 | Wire | Mixon Management | Chestnut Hill Circle:Re... | | 6,010.00 | | | 0.00 |

Page 1

DN Real Estate

05/16/2017 2:16 PM

Register: SunTrust
From 04/01/2017 through 04/30/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/11/2017 | | | Bank of America | Deposit | | X | 23,282.36 | 23,282.36 |
| 04/11/2017 | Debit | Suntrust Bank | Bank Service Charges | | 15.00 | X | | 23,267.36 |
| 04/18/2017 | | | Other Income | Deposit | | X | 284.88 | 23,552.24 |
| 04/27/2017 | Debit | Citi Card Online | Credit Cards:CItibank | | 53.17 | X | | 23,499.07 |
| 04/28/2017 | | | Escrow Loan Chestnut ... | Deposit | | X | 13,050.00 | 36,549.07 |
| 04/28/2017 | Debit | Suntrust Bank | Bank Service Charges | | 15.00 | X | | 36,534.07 |