

**IT IS ORDERED as set forth below:**

Date: December 4, 2017

*Paul Baisier*

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **DN REAL ESTATE SERVICES &** | ) | **CHAPTER 11** |
| **ACQUISITIONS LLC,** | ) | |
| | ) | **CASE NO. 17-55587-pmb** |
| DEBTOR. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | **JUDGE: PAUL BAISIER** |
| | ) | |
| **LENDINGHOME FUNDING CORP.,** | ) | |
| | ) | |
| MOVANT. | ) | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| V. | ) | **CONTESTED MATTER** |
| | ) | |
| **DN REAL ESTATE SERVICES &** | ) | |
| **ACQUISITIONS LLC,** | ) | |
| **OFFICE OF THE UNITED STATES** | ) | |
| **TRUSTEE,** | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**ORDER MODIFYING AUTOMATIC STAY**

LendingHome Funding Corp., for itself and its successors and assigns ("Movant"), filed a

Motion for Relief from Automatic Stay on 08/10/2017 [Doc No. 35], came and set it for hearing on 09/19/2017 and subsequently continued the hearing to 10/17/2017 and 11/07/2017.  It is hereby

**ORDERED** that effective 12/27/2017, Automatic Stay pursuant to 11 U.S.C. § 362 is **MODIFIED** to allow Movant, its successors or assigns, to proceed with its state law and contract rights and remedies as to the real property located at 761 Antone Street NW, Atlanta, GA 30318 (hereinafter the "Property"), and to foreclose or otherwise dispose of the Property, including, but not limited to, dispossessory proceedings and collection of fees, or take action against the Property as necessary in order for Movant to recover upon its secured claim to the Property. It is further

**ORDERED** that in the event Debtor makes a payment to Movant in the amount of $2,988.28, Movant must delay its foreclosure proceedings for one (1) month. Debtor is hereby authorized to pay said payment to Movant from its DIP account on or before 12/27/2017. Debtor shall mail payment to:

> FCI Lender Services, Inc.
> P. O. Box 27370
> Anaheim Hills, CA 92809-0112

It is further **ORDERED,** that at its option, Movant may contact the Debtor via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law.  The entry of this order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may

be required with regard to such a loan modification.

**END OF DOCUMENT**

PREPARED AND SUBMITTED BY:

*/S/ Matthew F. Totten*
Matthew F. Totten
Georgia Bar No. 798589
Weissman PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
Tel.: 404-926-4500 / Fax: 404-926-4600
matthewt@weissman.law
*ATTORNEYS FOR MOVANT*

## DISTRIBUTION LIST

DN REAL ESTATE SERVICES &
ACQUISITIONS LLC
2020 HOWELL MILL ROAD STE D-199
ATLANTA, GA 30318

HOWARD P SLOMKA
SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

LINDSAY P. S. KOLBA
OFFICE OF THE U.S. TRUSTEE
SUITE 362
75 TED TURNER DRIVE, S.W.
ATLANTA, GA 30303

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101

BANK OF AMERICA
PO BOX 982235
EL PASO, TX 79998

BB&T
PO BOX 580340
CHARLOTTE, NC 28258

FIFTH THIRD BANK
38 FOUNTAIN SQUARE
PLAZA
CINCINNATI, OH 45263

FRONTIER AIRLINE
PO BOX 23066
COLUMBUS, GA 31902

GROUNDFLOOR
FINANCE INC.
ISOA, ATIMA
75 5TH STREET NW
#2170
ATLANTA, GA 30308

H4 SOLUTIONS GROUP, INC.
PO BOX 1254
ALPHARETTA, GA 30009

JEFF STAMEY
4420 SYLVIA DRIVE
KENNESAW, GA 30144

KABBAGE
PO BOX 77073
ATLANTA, GA 30357

LAKELANDS FCU
PO BOX 790408
SAINT LOUIS, MO 63179

MATTHEW F. TOTTEN
WEISSMAN PC
ONE ALLIANCE CENTER, 4TH FLOOR
3500 LENOX ROAD
ATLANTA, GEORGIA 30326