## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 17-55587-PMB |
| | ) | |
| DN REAL ESTATE SERVICES & | ) | |
| ACQUISITIONS, LLC | ) | CHAPTER 11 |
| | ) | |
| DEBTOR | ) | |

### COVER SHEET FOR AMENDMENT TO SCHEDULES D AND F

Schedule D has been amended to remove the following creditors who were erroneously listed as secured creditors. Schedule F has been amended to add the following as unsecured creditors.

H4 Investments Group, LLC and H4 Solutions Group, Inc

Also included with this amendment are the Amended Summary of Schedules, Amended Statistical Summary and Declaration of Schedules.

Date: December 5, 2017

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

**Fill in this information to identify the case:**

Debtor name: **DN Real Estate Services & Acquisitions, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **17-55587**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **FCI Lender Services, Inc.**<br>Creditor's Name<br><br>PO Box 27370<br>Anaheim, CA 92809-0112<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**8080**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2996 Briarlake Rd**<br>**Decatur, GA 30033.**<br>**Debtor renovated and improved property 2015-2016.**<br>**Purchase Price 255K.**<br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $375,126.91 | $450,000.00 |
| **2.2** **FCI Lender Services, Inc.**<br>Creditor's Name<br><br>PO Box 27370<br>Anaheim, CA 92809-0112<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**8074** | Describe debtor's property that is subject to a lien<br>**761 Antoine Street NW**<br>**Atlanta, GA 30318**<br>**Purchased in 2015 for 210K.**<br>**Renovated and improved 2015-2016.**<br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $303,521.47 | $375,000.00 |

Official Form 206D           Schedule D: Creditors Who Have Claims Secured by Property           page 1 of 2

| Debtor | DN Real Estate Services & Acquisitions, LLC | Case number (if know) | 17-55587 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| 2.3 | Groundfloor Finance Inc. | Describe debtor's property that is subject to a lien | $106,650.00 | $95,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2233 Chestnut Hill Circle <br> Decatur, GA 30032 <br> Purchased January 2017 for $86,500. <br> Under renovation as of petition date. <br> Anticipates renovations will be completed by mid-April, 2017 <br> Likely to sell for $185K. | | |
| | ISOA, ATIMA <br> 75 5th Street NW #2170 <br> Atlanta, GA 30308 | | | |
| | Creditor's mailing address | Describe the lien <br> **Mortgage** | | |
| | | Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred <br> **1/2017** <br> Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$785,298.38**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **DN Real Estate Services & Acquisitions, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **17-55587**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>PO Box 1270<br>Newark, NJ 07101<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1009** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ☒ No ☐ Yes | $10,621.24 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>PO Box 982235<br>El Paso, TX 79998<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1628** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ☒ No ☐ Yes | $9,091.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**BB&T**<br>PO Box 580340<br>Charlotte, NC 28258<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **6643** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,425.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Fifth Third Bank**<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0660** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,000.00 |

Debtor  **DN Real Estate Services & Acquisitions, LLC**  Case number (if known) **17-55587**
        Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Frontier Airline**<br>**PO Box 23066**<br>**Columbus, GA 31902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **8770** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **credit card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**H4 Investments Group, LLC**<br>**PO Box 1254**<br>**Alpharetta, GA 30009**<br><br>Date(s) debt was incurred  **8/2015**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **2996 Briarlake Rd**<br>**Decatur, GA 30033.**<br>**Debtor renovated and improved property 2015-2016.**<br>**Purchase Price 255K.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $50,000.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**H4 Solutions Group, Inc.**<br>**PO Box 1254**<br>**Alpharetta, GA 30009**<br><br>Date(s) debt was incurred  **8/2015**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **2996 Briarlake Rd**<br>**Decatur, GA 30033.**<br>**Debtor renovated and improved property 2015-2016.**<br>**Purchase Price 255K.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $27,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Jeff Stamey**<br>**4420 Sylvia Drive**<br>**Kennesaw, GA 30144**<br><br>Date(s) debt was incurred  **10/2015**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **761 Antoine Street NW**<br>**Atlanta, GA 30318**<br>**Purchased in 2015 for 210K.**<br>**Renovated and improved 2015-2016.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $170,000.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Kabbage**<br>**PO Box 77073**<br>**Atlanta, GA 30357**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **4174** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **business loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $58,000.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Lakelands FCU**<br>**PO Box 790408**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **0644** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **credit card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,800.00 |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | DN Real Estate Services & Acquisitions, LLC | Case number (if known) | 17-55587 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Swank Law Group, LLC<br>c/o Justin M. Pawluk<br>675 Mansell Road<br>Suite 130<br>Roswell, GA 30076 | Line  3.7<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Swank Law Group, LLC<br>c/o Justin M. Pawluk<br>675 Mansell Road<br>Suite 130<br>Roswell, GA 30076 | Line  3.6<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 339,937.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 339,937.24 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cortney** | | **Newmans** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 17-55587 | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................................... $ 920,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B................................................................ $ 17,964.00

   1c. Copy line 63, Total of all property on Schedule A/B.......................................................................... $ 937,964.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 785,298.38

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ 339,937.24

   **Your total liabilities** $ 1,125,235.62

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*........................................................ $ N/A

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................................ $ N/A

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes
7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **DN Real Estate Services & Acquisitions, LLC**                                    Case number (if known)  **17-55587**

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Cortney** | | **Newmans** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | **17-55587** | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Cortney Newmans**                              X  _____
   **Cortney Newmans**                                     Signature of Debtor 2
   Signature of Debtor 1

   Date  **December 5, 2017**                             Date

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 17-55587-PMB |
| ) | |
| DN REAL ESTATE SERVICES & ) | |
| ACQUISITIONS, LLC ) | CHAPTER 11 |
| ) | |
| DEBTOR ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Amended Schedule D, Amended Schedule F, Amended Summary of Schedules, Amended Statistical Summary and Amended Declaration of Debtor's Schedules, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

U.S. Trustee (served via ECF)
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303

**DN Real Estate Services & Acquisitions, LLC**
2020 Howell Mill Rd
Suite D - 199
Atlanta, GA 30318

SEE ATTACHED FOR SUPPLEMENTAL LIST OF CREDITORS

Date: December 5, 2017

_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE, Suite 1700
Atlanta, GA 30339