

**IT IS ORDERED as set forth below:**

**Date: December 20, 2017**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & | : | |
| ACQUISITIONS, LLC | : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

_____

**ORDER GRANTING FEE APPLICATION FOR DEBTOR'S COUNSEL**

Debtor's counsel filed its First Application for Chapter 11 Legal Fees due to Debtor's Counsel Through November 14, 2017 ("Fee Application") on November 15, 2017 (Doc. No. 76).   All parties were served, and none filed an objection.

On December 18, 2017 Debtor's counsel Howard P. Slomka, Esq. appeared. Lindsay Kolba, Esq., appeared on behalf of the U.S. Trustee and raised no opposition.  It is accordingly:

ORDERED that Debtor's counsel is entitled to fees and costs in the amount of $16,056.00 as stated in the Fee Application.

IT IS FURTHER ORDERED that counsel for Debtor shall promptly serve a copy of this Order and Notice upon all creditors and parties in interest and shall file the appropriate certificate of service with this Court within three (3) business days thereafter.

**END OF DOCUMENT**

Prepared by:

_____/s/_____
Howard P. Slomka
Georgia Bar No. 652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
howie@slomkalawfirm.com

**Distribution List:**
Howard P. Slomka
Slipakoff & Slomka, PC
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339