# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| DN REAL ESTATE SERVICES & ) | |
| ACQUISITIONS, LLC ) | |
| Debtor, ) | CASE NO.: 17-55587-pmb |

## STATUS REPORT REGARDING SALES OF PROPERTY

Comes now, DN REAL ESTATE SERVICES, LLC, Debtor in the above styled Chapter 11 case, by and through undersigned counsel, and files this Status Report Regarding Sales of Property ("Status Report") showing the Court as follows

Debtor has now sold or liquidated all of its real property assets, and is prepared to file and execute a liquidating plan to dispose of its cash assets. As of the end of March 2018, the total amount held in the DIP account was $58,488.16. Due to the tax season, Debtor's accountant has not yet delivered the monthly operating report for March 2018, but there were no collections or sales during the month. The March 2018 bank statement is attached hereto as *Exhibit B.*

Trustee has filed its Motion to Covert or Dismiss Case (Doc. No. 106). In its motion Trustee correctly pointed out that the monthly operating reports do not clearly indicate the extent of the sales proceeds actually received by Debtor. This has created a series of uncertainties, including the precise amount of disbursements for purposes of calculating the quarterly fees due to the U.S. Trustee.

As of this date, all properties are now sold or transferred. The final property to leave the

Debtor's bankruptcy estate was the home at 761 Antone Street ("Antone" with this and each property referred to herein by the name of its street). While this home had been the subject of a prior motion to sell, the property was foreclosed by the lender on the eve of the closing, which yielded no proceeds to debtor or the estate. The date of the foreclosure was March 6, 2018, but the deed is not yet recorded in the public records.

Prior to the foreclosure of Antone, Debtor had successfully marketed and sold all four of the other single family homes in its portfolio (one pre-petition and three post-petition). This Status Report recounts them in chronological order.

PREPETITION SALE – HOLMES STREET:    On March 6, 2017, Debtor sold 727 Holmes Street for $360,000. The net proceeds to Debtor after paying off the mortgages and closing costs were $6,547.87. This cash was earned pre-petition but was the basis of the cash reflected in the opening months of the DIP account.

SALE # 1 – CHESTNUT HILL:    On August 31, 2017, Debtor sold 2333 Chestnut Hill Circle for $165,742.11. The net proceeds to Debtor after paying off the mortgages and closing costs were **$32,176.17.** The details of the sale are shown on *Exhibit A* attached hereto. Previously, the closing statement for the Chestnut Hill sale was attached to the operating report for September, 2017 (the funds were disbursed by closing agent in September not during August) (Doc. No. 64) at page 20, with bookkeeping entries for the sale reported at page 14. The net proceeds reflected above were listed specifically on page 7 of the September operating report, as well as in the closing statement. All disbursements are compiled into *Exhibit A* for review by the US Trustee. Because the funds were collected and disbursed through a closing escrow account, only the net proceeds reached Debtor, and it is not likely that the other closing disbursements are relevant to the quarterly fees calculation. They are disclosed here in case the Trustee has a different

method of calculating fees, and in response to its motion.

SALE # 2 – BRIARLAKE:   On November 1, 2017, Debtor sold 2996 Briarlake Road for $440,723.52.   The net proceeds to Debtor after paying off the mortgages and closing costs were **$25,560.03.**   The details of the sale are shown on *Exhibit A* attached hereto.  Previously, the closing statement for the Briarlake sale was attached to the operating report for November (Doc. No. 100 at page 25).   The Deposit of the net proceed is shown on page 17-18 and again on the bank statement at page 19.

SALE # 3 – MCDANIEL:   On December 15, 2017, Debtor sold 1010 McDaniel Street for $156,000.   The net proceeds to Debtor after paying off the mortgages and closing costs were **$41,190.91.**   The details of the sale are shown on *Exhibit A* attached hereto.  Previously, the closing statement for the McDaniel sale was attached to the operating report for December (Doc. No. 101 at page 17).  The sale was specifically disclosed on page 16, and all figures are shown on the ledgers at page 24.

Dated this 26th day of April, 2018

                                                   Respectfully Submitted,

                                                   /s/
                                                Howard Slomka
                                                GA Bar # 652875
                                                Slipakoff & Slomka, P.C.
                                                Attorney for Debtor
                                                2859 Paces Ferry Road, Suite 1700
                                                Atlanta, GA 30339
                                                Tel. (404) 800-4001

# EXHIBIT A

## DN REAL ESTATE - CHAPTER 11 17-55587 / CLOSING AND NET PROCEEDS ACCOUNTING

| | 727 Holmes Street NW (1) | 2333 Chestnut Hill Circle | 2996 Briarlake Road (2) | 1010 McDaniel Street (3) | TOTALS - Post petition |
|---|---|---|---|---|---|
| Date of Closing | 3/6/2017 Pre-Petition | 08/31/17 | 11/01/17 | 12/15/17 | |
| Seller | DN Real Estate | DN Real Estate | DN Real Estate | DN Real Estate | |
| Buyer | Lindsay McMullen | Maryanna Ransom | Blake Robert Thomas | Alexandra Lynn Parker | |
| Closing Firm | Halperin Lyman LLC | Halperin Lyman LLC | Ganek PC | McMamy McLeod Heller LLC | |
| Type | Cash Sale | Cash Sale | Cash Sale | Cash Sale | |
| Gross Amount due Seller | $ 360,000.00 | $ 165,742.11 | $ 440,723.52 | $ 156,000.00 | $ 762,465.63 |
| Buyer Credit to Seller | | $ 742.11 | $ 823.52 | $ 21.08 | |
| Seller Credit to Buyer | | | $ 5,000.00 | $ 6,200.00 | |
| Settlement Charges to Seller | $ 11,154.27 | | | | |
| Payoff First Mortgage | $ 266,429.44 | $ 115,985.68 | $ 385,000.00 | $ 98,041.00 | |
| Payoff Second Mortgage | $ 71,149.00 | | | | |
| Deposit Retained by realtor | $ 4,000.00 | | | | |
| Home Warranty | | $ 500.00 | | $ 435.00 | |
| City Taxes | $ 484.44 | | | $ 148.00 | |
| County Taxes | $ 152.44 | $ 2,962.37 | $ 5,873.79 | $ 48.39 | |
| Water | | | $ 222.70 | | |
| Solid Waste | $ 82.54 | | | $ 457.78 | |
| Title Fees | | $ 1,401.75 | $ 870.00 | $ 140.00 | |
| Lender Doc Prep Fee | | $ 310.00 | | | |
| Processing Fee | | $ 695.00 | | | |
| Underwriting Fee | | $ 695.00 | | | |
| Recording Fee | | $ 266.00 | | | |
| Loan Originaltion Fee | | $ 1,592.25 | | | |
| Commission to Virgent Realty | | | $ 5,000.00 | | |
| Commission to Maximum One | | | | $ 4,680.00 | |
| Comission to Keller Williams | | $ 9,900.00 | $ 13,197.00 | $ 4,680.00 | |
| Total Reduction to Seller | $ 353,452.13 | $ 134,308.05 | $ 415,163.49 | $ 114,830.17 | $ 663,538.52 |
| Cash to Seller | $ 6,547.87 | $ 32,176.17 | $ 25,560.03 | $ 41,190.91 | $ 98,927.11 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
36/E00/0175/0/11
~~1000207076~~6372
03/31/2018

# SunTrust

# Account Statement

DN REAL ESTATE SERVICES & AQUISITION DIP
CASE # 17-55587-PMB
309 GLENLEA LN
GREENVILLE SC 29617-1229

Questions? Please call
1-800-786-8787

It's common for businesses to experience ebbs and flows with available cash.
That's why it's smart to have a reserve account to help you cover things like seasonal changes,
spikes in accounts receivable, unexpected expenses or growth opportunities.
A SunTrust business money market account can help you manage the expected and unexpected.
To learn more or open an account stop by your nearest branch or visit www.suntrust.com/bmma

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1~~@@@@@@~~6372 | 03/01/2018 - 03/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $58,888.68 | Average Balance | $58,720.78 |
| Deposits/Credits | $11,094.14 | Average Collected Balance | $58,658.04 |
| Checks | $812.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $10,682.66 | | |
| Ending Balance | $58,488.16 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 1000207076372 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 03/07 | 367.60 | | DEPOSIT | 03/23 | 526.54 | | DEPOSIT |
| 03/01 | 10,200.00 | | INCOMING FEDWIRE CR TRN #010091 | | | | |

Deposits/Credits: 3                                      Total Items Deposited: 4

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|
| 1068 | 500.00 | 03/07 | 1069 | 312.00 | 03/09 |

Checks: 2

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 03/01 | 15.00 | | INCOMING FEDWIRE TRANSFER FEE TRN #010091 |
| 03/02 | 10,200.00 | | OUTGOING FEDWIRE DR TRN #006478 |
| 03/02 | 65.00 | | OUTGOING FEDWIRE TRANSFER FEE TRN #006478 |
| 03/02 | 101.33 | | ELECTRONIC/ACH DEBIT STATE FARM RO 27SFPP 27 S 1475683527 |
| 03/12 | 200.00 | | ELECTRONIC/ACH DEBIT CITICARD PAYMENT CHECK PYMT 1070 |
| 03/30 | 101.33 | | ELECTRONIC/ACH DEBIT STATE FARM RO 27SFPP 27 S 1475683527 |

Withdrawals/Debits: 6

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/01 | 69,073.68 | 69,073.68 | 03/09 | 58,262.95 | 58,262.95 |
| 03/02 | 58,707.35 | 58,707.35 | 03/12 | 58,062.95 | 58,062.95 |
| 03/07 | 58,574.95 | 58,207.95 | 03/23 | 58,589.49 | 58,063.49 |
| 03/08 | 58,574.95 | 58,574.95 | 03/26 | 58,589.49 | 58,589.49 |

100865                                    Member FDIC                        Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
36/E00/0175/0/11
6372
03/31/2018

# SunTrust

# Account Statement

| Balance Activity History | Date | Balance | Collected Balance |
|---|---|---|---|
| | 03/30 | 58,488.16 | 58,488.16 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

100866                            Member FDIC