IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
IN RE:                              )
                                    )        CHAPTER 11
DN REAL ESTATE SERVICES &           )
ACQUISITIONS, LLC                   )
        Debtor,                     )        CASE NO.: 17-55587-pmb
====================================================================
```

## MOTION TO RECONSIDER ORDER CONVERTING CASE TO CHAPTER 7

Comes now, DN REAL ESTATE SERVICES, LLC, Debtor in the above styled Chapter 11 case, by and through undersigned counsel, and files this Motion to Reconsider Order Converting Case to Chapter 7 showing to this Honorable Court the following:

1. This Motion to Reconsider (this "Motion") pursuant to Bankr. Rule 9023 which incorporates Fed. R.Civ.P. 59, and under Bankr. Local Rule 9023-1.

2. On May 31, 2018, this Court entered is Order Converting Case to Chapter 7 (the "Order") (Doc. No. 118). The grounds for the Order were the late payment of quarterly fees to the United State Trustee, which fees were the subject of a Consent Order dated May 9, 2018 (Doc. No. 111). Debtor does not dispute that its payments were received after the May 21 deadline, but confirms that all payments were paid by May 25, 2018.

3. The grounds for this Motion are that the Debtor's business affairs are already wound up, and all that remains in the Chapter 11 case is the disbursement of the funds held in the Debtor in Possession Account. Conversion will unnecessarily complicate, delay, and dilute the disbursement process to creditors.

4.      Debtor has filed a Disclosure Statement (Doc. No. 120) and Chapter 11 Plan of Liquidation (Doc. No. 119), on the same date as the Order.  Upon confirmation of this Plan, the disbursement of funds will conclude and the case can be closed.   The appointment and actions of a new Chapter 7 Trustee would be unnecessary and wasteful of funds that could otherwise be directed to the creditors.

WHEREFORE, Debtor requests that the Court:

(1) hear and grant this Motion; and

(2) suspend the deadlines and actions by all parties otherwise pending in the Order upon resolution of the Motion;

(3) grant any other relief that the Court deems just and appropriate.

Dated this 8th day of June, 2018

Respectfully Submitted,

_____/s/_____
Howard Slomka
GA Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| DN REAL ESTATE SERVICES & ) | |
| ACQUISITIONS, LLC ) | |
| Debtor, ) | CASE NO.: 17-55587-pmb |
| ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Motion for Reconsideration in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED LIST FOR CREDITORS

Dated this 8th day of June, 2018

_____/s/_____
Howard Slomka
GA Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001

```
Label Matrix for local noticing        American Express                       American Express Bank, FSB
113E-1                                 PO Box 1270                            c/o Becket and Lee LLP
Case 17-55587-pmb                      Newark, NJ 07101-1270                  PO Box 3001
Northern District of Georgia                                                  Malvern PA 19355-0701
Atlanta
Tue Nov  7 11:24:08 EST 2017

BB&T                                   (p)BB AND T                            (p)BANK OF AMERICA
PO Box 580340                          PO BOX 1847                            PO BOX 982238
Charlotte, NC 28258-0340               WILSON NC 27894-1847                   EL PASO TX 79998-2238


Heather D. Brown                       Cortney Newmans                        DN Real Estate Services & Acquisitions, LLC
Brown Law, LLC                         309 Glenlea Lane                       2020 Howell Mill Rd
138 Bulloch Avenue                     Greenville, SC 29617-1229              Suite D - 199
Roswell, GA 30075-4420                                                        Atlanta, GA 30318-1732


DeKalb County Tax Commissioner         FCI Lender Services, Inc.              (p)FIFTH THIRD BANK
4380 Memorial Drive                    PO Box 27370                           MD# ROPS05 BANKRUPTCY DEPT
Suite 100                              Anaheim, CA 92809-0112                 1850 EAST PARIS SE
Decatur, GA 30032-1239                                                        GRAND RAPIDS MI 49546-6253


Fifth Third Bank                       Frontier Airline                       Groundfloor Finance Inc.
PO Box 9013                            PO Box 23066                           ISOA, ATIMA
Addison, Texas 75001-9013              Columbus, GA 31902-3066                75 5th Street NW #2170
                                                                              Atlanta, GA 30308-1019


H4 Investments Group, LLC              H4 Solutions Group, Inc.               INTERNAL REVENUE SERVICE
PO Box 1254                            PO Box 1254                            P O BOX 7346
Alpharetta, GA 30009-1254              Alpharetta, GA 30009-1254              2970 MARKET STREET
                                                                              PHILADELPHIA, PA 19104-5002


Internal Revenue Service               Jeff Stamey                            Jeffrey L. Stamey
P. O. Box 7346                         4420 Sylvia Drive                      c/o Heather D. Brown
Philadelphia, PA 19101-7346            Kennesaw, GA 30144                     Brown Law, LLC
                                                                              Roswell, GA 30075


Kabbage                                Lindsay P. S. Kolba                    Lakelands FCU
PO Box 77073                           Office of the U.S. Trustee             PO Box 790408
Atlanta, GA 30357-1073                 Suite 362                              Saint Louis, MO 63179-0408
                                       75 Ted Turner Drive, S.W.
                                       Atlanta, GA 30303-3330


LendingHome Funding Corp.              Jude Rasmus                            Secretary of the Treasury
FCI Lender Services, Inc.              Virgent Realty                         15th & Pennsylvania Avenue, NW
P.O. Box 27370                         75 5th Street, N.W.                    Washington, DC 20200
Anaheim Hills, CA 92809-0112           Atlanta, GA 30308-1019


Howard P. Slomka                       Smith & Shin                           Jeff Stamey
Slipakoff & Slomka, PC                 4501 Old Spartanburg Road, Suite 15    4420 Sylva Drive
Overlook III - Suite 1700              Taylors, SC 29687-4105                 Marietta, GA 30064-1534
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213
```

Swank Law Group, LLC
c/o Justin M. Pawluk
675 Mansell Road
Suite 130
Roswell, GA 30076-4870

Thomas Eagan
5401 Hedge Brook Cove
Acworth, GA 30101-7143

Matthew F. Totten
Weissman, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, GA 30326-4228

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

United States Trustee
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

C. Brent Wardrop
Weissman PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, GA 30326-4228

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T Bankruptcy
M/C 100-50-01-51
P.O. Box 1847
Wilson, NC 27894-1847

Bank of America
PO Box 982235
El Paso, TX 79998

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Brendan Hill

(d)Heather D. Brown
Brown Law, LLC
138 Bulloch Avenue
Roswell, GA 30075-4420

(u)Keller Williams Realty Buckhead

(u)Lending HomeFunding Corp.,

(u)LendingHome Funding Corp.,

(u)Lindsey McMullen
c/o Tayor Adkins, broker
taylorpullman@dorseyalston.com

End of Label Matrix
Mailable recipients    35
Bypassed recipients     6
Total                  41