UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that DN REAL ESTATE SERVICES & ACQUISITIONS, LLC filed a MOTION TO RECONSIDER ORDER CONVERTING CASE and related papers with the Court seeking an Order on June 8, 2018 (Doc. 123).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Approval of Post-Closing Real Estate Brokers Commission in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **2:00 P.M. on July 16, 2018.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 11, 2018

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing NOTICE OF HEARING and MOTION TO RECONSIDER ORDER CONVERTING CASE upon the following by email and the ECF system.

United States Trustee
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303
(U.S. Trustee)

SEE ATTACHED LIST OF CREDITORS

Dated: June 11, 2018

By:   /s/  Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor