UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & | : | |
| ACQUISITIONS, LLC | : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that DN REAL ESTATE SERVICES & ACQUISITIONS, LLC filed a SECOND APPLICATION FOR ATTORNEYS' FEES and related papers with the Court seeking an Order on June 26, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Approval of Post-Closing Real Estate Brokers Commission in <u>Courtroom 1202</u>, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **2:00 P.M. on July 30, 2018.** Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 26, 2018

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| DN REAL ESTATE SERVICES & | ) | |
| ACQUISITIONS, LLC | ) | |
| Debtor, | ) | CASE NO.: 17-55587-PMB |
| | ) | |

---

**SECONDAPPLICATION FOR**
**CHAPTER 11 LEGAL FEES DUE TO DEBTOR'S COUNSEL**
**FROM NOVEMBER 15, 2017 THROUGH JUNE 27, 2018**

*(Total payment sought: $16,494.28)*

COMES NOW Slipakoff and Slomka P.C, successor by merger of The Slomka Law Firm P.C (the "Law Firm"), Attorneys for Debtor, and files this Post Filing Application for Chapter 11 Legal Fees Due to Debtor's Counsel (this "Application") and in support thereof respectfully shows as follows:

1.      The Law Firm has represented DN REALESTATE SERVICES & ACQUISITIONS, LLC ("Debtor") since the date of filing the Petition, March 28, 2017.

2.      Law Firm has made one prior application for fees in this case. This Court granted that in an order dated December 21, 2017 (Doc. No. 90).   All fees from the First Application are now paid in full, and the pre-petition retainer has been fully exhausted.  This Application requests fees from November 15, 2018 through the date of this Application

3.      Law Firm makes this Application for the allowance of compensation for professional services rendered to Debtor from November 15, 2017 (the date following the First Fee Application) through and including June 27, 2018 (the "Period") pursuant to 11 USC § 330

and 331. All services for which compensation is requested were performed on behalf of the Debtor and not of any other party, creditor, persons or party in interest.

4.      Law Firm has had numerous conferences and meetings with Debtor, creditors and accountants of Debtor, buyers and potential buyers of Debtor's properties, attorneys for creditors and with the US Trustee's office with reference to this case, and has filed appropriate pleadings and attended hearings and performed other services necessary to the proper administration of the estate.

5.      The time expended by Law Firm and the work performed is duly itemized and set forth in the "Accounting" attached here to as *Exhibit A* and incorporated herein.

6.      The out-of-pocket expenses incurred by the Law Firm during the Period are set forth below. The copy costs are charged at the rate of $0.10 per page. Mailing, copying, paper and service costs are charged at the blended rate of $1.53 per small envelope (used in this case) or $2.25 for large envelopes, or $1.00 over actual postage for oversize, overnight, or special delivery items. The Schedules require up to 30 creditor envelopes per mailing. During the Period, Law Firm has served the at least the following motions or orders on interested parties:

| DATE | DOC | ITEM | NUMBER OF ENVELOPES |
|------|-----|------|---------------------|
| 11/16/17 | 78 | Suppl Motion to Set Bar Date | 39 |
| 11/18/17 | 79 | Status Report and COS | 39 |
| 12/21/17 | 91 | Order granting First Fee Application | 39 |
| 6/8/18 | 123 | Motion to Reconsider Conversion | 39 |
| 6/26/18 | | Fee Applications for Counsel and Accountant | 39 |

**Total Envelopes served: 195 @ 1.53 each = $298 service costs**

7.      Westlaw access, legal research, PACER, and printing charges from GA Superior Court Clerks Cooperative and from Fulton County Circuit Court for real estate records are estimated by the Law Firm to be **$100.**

8.      No agreement or understanding exists between Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

9.      Law Firm shows that it has expended a total of 45 hours in law firm time for the client, with total fees due in the amount of $16,096.28, plus costs due in the amount of $398, and is therefore due a total of $16, 494.28  pursuant to the above-referenced and prior disclosed compensation agreement.  This figure does NOT include any fees or costs from before the Period, which were paid pursuant to the First Application.

10.     Law Firm respectfully requests this Court to allow such sums as Chapter 11 compensation, and to authorize the estate to pay the Law Firm $ 16,494.28

11.     Law Firm holds no retainer or funds in trust in this matter.

12.     Law Firm makes the following representations with respect to the 12-part Johnson test:

    (a) Time and Labor Required.  Law Firm bills its employees at the following rates:

| Individual | Hourly Rate |
| --- | --- |
| Howard P. Slomka, Esq. | $350.00 |
| Shawn J. Eisenberg, Esq. | $300.00 |
| Fernando Bustelo (Paralegal) | $185.00 |

    (b) Novelty and Difficulty of Questions Presented:  Debtor was forced to file this bankruptcy due to unpaid promissory notes which were secured by  LLC real property assets. The Chapter 11 case involved a rushed filing due to Debtor's unpaid promissory notes and threatened foreclosures.  Because Debtor had no

3

prior experience with bankruptcy, the case involved significant client contact and explanation, and planning.

(c) <u>Skill Requisite to Perform Legal Services Properly:</u>  Law Firm respectfully represents to the Court that it possesses the knowledge and skill to perform the legal services required by Debtor, and has represented both Debtor and creditors is similar cases before this Court and others.

(d) <u>The Preclusion of Other Employment Due to Acceptance of This Client:</u>  Law Firm respectfully represents that the time dedicated to serving and visiting this client could have been dedicated to serving other clients of the firm, but for the demands of this case.   This is all the more so due to the fact that Firm founder Howard P. Slomka performed the bulk of the legal services personally.

(e) <u>Customary Fee for the Type of Services Rendered</u>:  Law Firm shows that the fees shown in the Accounting $350.00 per hour for attorneys and $185.00 for paralegals represent fees customary for representation of clients in Chapter 11 bankruptcy cases.   At the time of filing this Fee Application, the Law Firm's rates are now $350 for Slomka and $185 for Bustelo.

(f) <u>Whether Fee is Fixed or Contingent:</u>  Law Firm's fees are subject to Court review and approval under 11 USC 330, and to Debtor's ability to pay.  As such, collection is not definite, and the fee is not entirely fixed or contingent, but shares characteristics of each.

(g) <u>Time Limitations Imposed By Client or Other Circumstances</u>: Law Firm shows that many of its tasks were performed under strict time limits and in preparation

4

for hearings with set times.  The filing of the original case was demanding, and involved considerable first day motions and hearings.

(h) <u>Amount Involved and Results Obtained:</u> Law Firm filed a Chapter 11 case to save the properties owned by Debtor and reorganize their operations. So far, Debtor has sold two properties and is under contract to sell a third in its reorganization efforts.

(i) <u>Experience and Reputation of Attorneys:</u>    Law Firm respectfully represents that it has significant experience and respect of peers and others in the legal community.  Howard P. Slomka has practiced in Atlanta since 1996, is licensed in two states, and presently serves as partner of the law firm Slipakoff & Slomka P.C.  Mr. Slomka also served as General Counsel of a Hotel Holding Company that has navigated through a successful Chapter 11 reorganization under his leadership.  Law Firm represents both debtors and creditors in cases filed under Chapter 7, 11, and 13.

(j) <u>Undesirability of the Case:</u> This factor is not usually applicable to Chapter 11 cases, other than to point out that many firms will not file a Chapter 11 case with a small retainer as Law Firm did for Debtor in this matter.

(k) <u>Nature and Length of Professional Relationship With Client:</u>  Law Firm has represented Debtor since filing this case.

(l) <u>Awards in Similar Cases:</u> The fees sought in this Application are significantly lower than would be expected in similar cases.  This is due to the fact that Law Firm has only charged for the time spent by Howard P. Slomka, and has not charged for many phone calls and routine follow up matters as an

accommodation to Debtor.  As a professional practice, Mr. Slomka does not bill his clients for cell phone calls taken during a commute, and this is when he speaks with Debtor most regularly.

WHEREFORE, Law Firm prays that it be allowed Chapter 11 compensation as follows:

(1) $ 16,096.28 , for legal fees incurred during the Period;

(2) $398 , for costs incurred on behalf of Debtor;

Respectfully Submitted,
SLIPAKOFF AND SLOMKA, PC
Attorney for Debtor

By:___/s/ Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

**Slipakoff & Slomka, LLP Bankruptcy**
1069 Spring St NW #200
Atlanta, GA 30309
(678) 732-0001
admin@myatllaw.com
www.myatllaw.com

*EXHIBIT A*


MYATLLAW
SLIPAKOFF AND SLOMKA

# INVOICE

*Case 17-55587*

**INVOICE #** 2602
**DATE** 11/15/2017
**DUE DATE** 06/25/2018

**BILL TO**
Courtney Newmans
DN Real Estate Services &
Acquisitions LLC (C11)
309 Glenlea Lane
Greenville, SC 29617

*DUE: $16,096.28*

Please detach top portion and return with your payment.

**RETAINER AMOUNT**

**TRUST BALANCE**
0

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Charges | | | |
| ; | Date          Amount applied | | | |
| | Subtotal: Charges | | | |
| | | | | |
| | Billable Time | | | |
| 11/15/2017 | FIRST INVOICE POST FEE APPLICATION... | 1:30 | 350.00 | 525.00 |
| | Time going over docket and prepping and filing new COS . TC client re next sales. - Howie Slomka | | | |
| 11/15/2017 | 11/08/2017  paid by check DN Real Estate Motion to Sell Real Estate (761 Antone)  filing fees and service costs - Howie Slomka | 1:00 | 200.00 | 200.00 |
| 11/16/2017 | review docket; file status report re COS and filings. - Howie Slomka | 0:20 | 350.00 | 116.67 |
| 11/16/2017 | Prep and file  Suppl motion to set bar date; upload order - Howie Slomka | 0:50 | 350.00 | 291.67 |
| 11/28/2017 | prep for and attend hrg on motion to sell; tc client re antone sale. - Howie Slomka | 1:00 | 350.00 | 350.00 |
| 12/04/2017 | prep for and attend hearing inBK court; negotiate with lendinghome; TC client - Howie Slomka | 2:00 | 350.00 | 700.00 |
| 12/05/2017 | TC Courney re sale of 1010 McDaniel  email to closers; prep closing and amend h4 schedules. - Howie Slomka | 1:10 | 350.00 | 408.33 |
| 12/05/2017 | withdraw objection to claim; negotiate with H$ counsel - Howie Slomka | 0:20 | 350.00 | 116.67 |
| 12/18/2017 | Attend fee app hearing;  review matters; tc client re status - Howie Slomka | 1:30 | 350.00 | 525.00 |
| 12/22/2017 | Prepare and file application for fee application, and order, as well as COS Prepare October/November MORs. Correspondence with closing atty. on closing of Briarlake. - Bustelo Fernando | 1:45 | 185.00 | 323.75 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 01/08/2018 | TC client re dismissal and future plans - Fernando Bustelo | 0:20 | 185.00 | 61.67 |
| 01/19/2018 | review, edit and file Dec Operating Report - Howie Slomka | 0:30 | 350.00 | 175.00 |
| 02/07/2018 | TC client to discus dismissal or sale of final asset - Howie Slomka | 0:20 | 350.00 | 116.67 |
| 02/20/2018 | TC client re future of case and sales of props - Howie Slomka | 0:05 | 350.00 | 29.17 |
| 02/20/2018 | review, revise and file revised operating reports;  TC client and Fernando re same - Howie Slomka | 1:20 | 350.00 | 466.67 |
| 02/20/2018 | review, prep and file Jan operating report - Howie Slomka | 0:15 | 350.00 | 87.50 |
| 02/21/2018 | TC and emails re sale of Antone Street.  UST follow up re MOR amendments. - Howie Slomka | 2:20 | 350.00 | 816.67 |
| 02/27/2018 | emails and calls to try to arrange sale of ANtone Street and avoid foreclosure.  TC to brokers, buyer and client, and lender counsel. Prep and file motion to sell real estate - Howie Slomka | 3:00 | 350.00 | 1,050.00 |
| 02/28/2018 | TC and emails re closing of Antone and short sale. - Howie Slomka | 1:00 | 350.00 | 350.00 |
| 02/28/2018 | reply to Lindsay Kolba email re docs and October MOR - Howie Slomka | 0:15 | 350.00 | 87.50 |
| 03/06/2018 | Try negotiating to stop foreclosure; lender counsel and broker and buyer all require emails and tc.  unsuccessful in end - property sold at courthouse. - Howie Slomka | 1:30 | 350.00 | 525.00 |
| 03/23/2018 | prep for and attend hearing in BK court; discuss case closure with UST. - Howie Slomka | 1:20 | 350.00 | 466.67 |
| 04/25/2018 | Review home closings and MOR for trustee's motion - Howie Slomka | 1:30 | 350.00 | 525.00 |
| 04/26/2018 | review claims and plan status;  prep for May 31 deadline to file disclosure statement. - Howie Slomka | 1:15 | 350.00 | 437.50 |
| 04/26/2018 | Review docket and pending motion;  draft and file Status report to explain sales of all assets and resulting payments to Debtor.  review revised MOR and statements.   review all closing HUDs - Howie Slomka | 2:30 | 350.00 | 875.00 |
| 04/27/2018 | Draft spreadsheets for each of the four real estate closing of Debtor. Segregate payments made to secured creditors, taxes, and post-closing expenses. Email spreadsheets, and operating reports spreadsheets to Lindsay Kolba. - Fernando Bustelo | 4:45 | 185.00 | 878.75 |
| 04/30/2018 | prepare and file status report re RE closings;  discuss and settle TMTD; prep plan and new fee application - Howie Slomka | 2:30 | 350.00 | 875.00 |
| 05/01/2018 | Phone conference with Lindsay Kolba to review amended operating reports and discuss motion to dismiss and liquidating plan with HPS. - Fernando Bustelo | 0:15 | 185.00 | 46.25 |
| 05/02/2018 | Draft anew the Operating Reports for the months of September, November and December 2017 to detail on MOR-2 the disbursements from all closings as well as post-closing expenditures. Reconcile MOR2 with MOR progression spreadsheet. Update evolution of inventory. - Fernando Bustelo | 3:15 | 185.00 | 601.25 |
| 05/30/2018 | Prepare tables of creditors and research mortgagees paid off out of property sales for disclosure statement and liquidating plans. Transmit to HPS. - Fernando Bustelo | 0:45 | 185.00 | 138.75 |
| 05/30/2018 | prepare plan and disclosure statement and finalize MOR review. - Fernando Bustelo | 5:00 | 185.00 | 925.00 |
| 05/30/2018 | prep revise and finalize plan and disclosure statement for filing; review claims; prepare second fee application. - Howie Slomka | 4:00 | 350.00 | 1,400.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 06/07/2018 | prep and draft motion to reconsider conversion to C7 - Howie Slomka | 1:20 | 350.00 | 466.67 |
| 06/15/2018 | Finalize fee app;        review docket and motion to reconsider dates - Howie Slomka | 1:00 | 350.00 | 350.00 |
| 06/21/2018 | review docket;  prep fee app; tc C7 trustee re pending motion to reconsider; tc client - Howie Slomka | 1:15 | 350.00 | 437.50 |
| | Subtotal: | | | 15,746.28 |

To pay online:
(1) Click "View Invoice" link and click "Pay Now" or
(2) Visit www.myatllaw.cc/payment.

PAYMENT
BALANCE DUE

Payments accepted by ACH, credit or debt card or check payable to "Slipakoff & Slomka, LLP."  All past due amounts accrue interest at 1.5% per month or  the maximum amount allowed by law.

6/26/18    Print, review, file fee application

1 @ 350 = 350

$ 16,096.28

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| RITA ANN ROSE | : | |
| | : | CASE NO. 15-71563-MGD |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing SECOND APPLICATION FOR CHAPTER 11 LEGAL FEES DUE TO DEBTOR'S COUNSEL THROUGH JUNE 27, 2018 upon the following by email and the ECF system.


U.S. Trustee                                    .


SEE ATTACHED LIST OF CREDITORS

Dated this 27TH day of June, 2018


By:   /s/  Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

Label Matrix for local noticing
113E-2
Case 17-55587-pmb
Northern District of Georgia
Atlanta
Tue Nov  7 11:24:08 EST 2017

EBAY
PO Box 580340
Charlotte, NC 28258-0340

Heather D. Brown
Brown Law, LLC
131 Bulloch Avenue
Roswell, GA 30075-4420

DeKalb County Tax Commissioner
4380 Memorial Drive
Suite 100
Decatur, GA 30032-1239

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

EM Investments Group, LLC
PO Box 1251
Alpharetta, GA 30009-1251

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Mailchimp
PO Box 77072
Atlanta, GA 30357-1073

LendingHome Funding Corp.
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-4233

American Express
PO Box 1270
Newark, NJ 07101-1270

(p)EBAY INC
PO BOX 1847
WILSON NC 27894-1847

Cortney Newman
309 Glenlea Lane
Greenville, SC 29617-1229

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-8112

Frontier Airline
PO Box 29166
Columbus, GA 31902-5166

HM Solutions Group, Inc.
PO Box 1251
Alpharetta, GA 30009-1251

Jeff Stamey
4420 Sylvia Drive
Kennesaw, GA 30144

Lindsey P. G. Kelba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

Jude Kasmas
Vinyard Realty
75 5th Street, N.W.
Atlanta, GA 30308-1019

Smith & Shin
4501 Old Spartanburg Road, Suite 15
Taylors, SC 29687-4103

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

DK Real Estate Services & Acquisitions, LLC
2828 Roswell Mill Rd
Suite D - 199
Atlanta, GA 30328-1732

(p)FIFTH THIRD BANK
MD# ROMS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

GroundFloor Finance Inc.
150A, Attn:
75 5th Street NW #2170
Atlanta, GA 30308-1019

INTERNAL REVENUE SERVICE
P O BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

Jeffrey L. Stamey
c/o Heather D. Brown
Brown Law, LLC
Roswell, GA 30075

Lakelands RCU
PO Box 790408
Saint Louis, MO 63179-0408

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Jeff Stamey
4420 Sylva Drive
Marietta, GA 30044-1534

Swank Law Group, LLC
c/o Justin M. Paxluk
675 Mansell Road
Suite 135
Roswell, GA 30076-4870

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

Thomas Eagan
5401 Bridge Brook Cove
Acworth, GA 30101-7143

United States Trustee
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Matthew R. Rotter
Weissman, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, GA 30326-4228

C. Brent Wardrop
Weissman PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, GA 30326-4228

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS Bankruptcy
M/C 140-50-01-51
P.O. Box 1847
Wilson, NC 27894-1847

Bank of America
PO Box 982235
El Paso, TX 79998

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Brendan Kiel

(u)Leading HomeFunding Corp.,

(d)Heather D. Brown
Brown Law, LLC
138 Bullock Avenue
Roswell, GA 30075-4428

(d)Lexingtons Funding Corp.,

(u)Keller Williams Realty Buckhead

(u)Lindsey McMullen
c/o Tayon Adkins, broker
tayinmullmna@dorseyalsten.com

End of Label Matrix
Mailable recipients     35
Bypassed recipients      6
Total                   41