UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : | |
| | : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

_____

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that DN REAL ESTATE SERVICES & ACQUISITIONS, LLC filed a MOTION TO RECONSIDER ORDER CONVERTING CASE (Doc 123) to coincide with pending fee app and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for approval of the above-reference filing in United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303

Date:  August 6, 2018       Time:  2:00 PM       Courtroom:  1202

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: July 17, 2018        /s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| DN REAL ESTATE SERVICES & | ) | |
| ACQUISITIONS, LLC | ) | |
| Debtor, | ) | CASE NO.: 17-55587-PMB |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the MOTION TO RECONSIDER ORDER CONVERTING CASE in the above styled case by via electronic mail on the 20 largest unsecured creditors and all secured creditors, as follows:

[See Next Page for Creditors]

Dated: July 17, 2018

/s/ Howard P. Slomka, Esquire
***Attorney for Chapter 11 Debtor***
Georgia Bar Number: 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Atlanta, Georgia 30339
Telephone:  404-800-4017
Facsimile:   404-800-4017

Label Matrix for local noticing
113E-1
Case 17-55587-pmb
Northern District of Georgia
Atlanta
Tue May 23 09:04:47 EDT 2017

BB&T
PO Box 580340
Charlotte, NC 28258-0340

Milo S. Cogan
PSB FisherBroyles, LLP
4140 Roswell Road
Atlanta, GA 30342-3717

DeKalb County Tax Commissioner
4380 Memorial Drive
Suite 100
Decatur, GA 30032-1239

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

B4 Investments Group, LLC
PO Box 1254
Alpharetta, GA 30009-1254

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Lindsey P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 200
1069 Spring Street, NW
Atlanta, GA 30309-3917

Thomas Eagan
5401 Badge Brook Cove
Acworth, GA 30101-7143

American Express
PO Box 1270
Newark, NJ 07101-1270

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Cortney Newman
309 Glenlea Lane
Greenville, SC 29617-1229

PCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

Frontier Airline
PO Box 23066
Columbus, GA 31902-3066

B4 Solutions Group, Inc.
PO Box 1254
Alpharetta, GA 30009-1254

Jeff Stamey
4420 Sylvia Drive
Kennesaw, GA 30144

Lakelands FCU
PO Box 790408
Saint Louis, MO 63179-0408

Jeff Stamey
4420 Sylva Drive
Marietta, GA 30064-1534

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

DN Real Estate Services & Acquisitions, LLC
2020 Howell Mill Rd
Suite D - 199
Atlanta, GA 30318-1732

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Groundfloor Finance Inc.
ISOA, ATIMA
75 5th Street NW #2170
Atlanta, GA 30308-1019

INTERNAL REVENUE SERVICE
P O BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

Kabbage
PO Box 77073
Atlanta, GA 30357-1073

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Swank Law Group, LLC
c/o Justin M. Pawluk
675 Mansell Road
Suite 130
Roswell, GA 30076-4870

United States Trustee
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T Bankruptcy<br>M/C 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Brendan Hill | (u)Lindsey McMullen<br>c/o Tayor Adkins, broker<br>taylorpullman@dorseyalston.com | End of Label Matrix<br>Mailable recipients   29<br>Bypassed recipients    2<br>Total                 31 |