UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

# WITHDRAWAL OF MOTION TO RECONSIDER ORDER CONVERTING CASE TO CHAPTER 7

Comes now, Howard P. Slomka, counsel for the above Debtor, and files this Withdrawal of the previously filed MOTION TO RECONSIDER ORDER CONVERTING CASE TO CHAPTER 7 (Docket #123).

Respectfully submitted this 24th day of July, 2018.

\_\_\_\_/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339