UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that DN REAL ESTATE SERVICES & ACQUISITIONS, LLC filed an APPLICATION FOR ACCOUNTANTS' FEES (Doc 131) and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Fee Application for Accountant's Fees for approval of the above-reference filing in United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

**Date:  August 20, 2018      Time: 2:00 PM      Courtroom:  1202**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: July 27, 2018

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| DN REAL ESTATE SERVICES & ) | |
| ACQUISITIONS, LLC ) | |
| Debtor, ) | CASE NO.: 17-55587-PMB |
| ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the APPLICATION FOR ACCOUNTANT'S FEES in the above styled case by via electronic mail on the interested parties.

[See Next Page for Interested Parties]

Dated: July 27, 2018

/s/ Howard P. Slomka, Esquire
***Attorney for Chapter 11 Debtor***
Georgia Bar Number: 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Atlanta, Georgia 30339
Telephone: 404-800-4017
Facsimile: 404-800-4017

```
Label Matrix for local noticing      American Express                       American Express Bank, FSB
113E-1                               PO Box 1270                            c/o Becket and Lee LLP
Case 17-55587-pmb                    Newark, NJ 07101-1270                  PO Box 3001
Northern District of Georgia                                                Malvern  PA 19355-0701
Atlanta
Tue Jul 24 15:52:16 EDT 2018

Arnall Golden Gregory LLP            BB&T                                   (p)BB AND T
171 17th Street, N.W.                PO Box 580340                          PO BOX 1847
Suite 2100                           Charlotte, NC 28258-0340               WILSON NC 27894-1847
Atlanta, GA 30363-1031


(p)BANK OF AMERICA                   Michael J. Bargar                      Heather D. Brown
PO BOX 982238                        Arnall Golden Gregory, LLP             Brown Law, LLC
EL PASO TX 79998-2238                Suite 2100                             138 Bulloch Avenue
                                     171 17th Street, N.W.                  Roswell, GA 30075-4420
                                     Atlanta, GA 30363-1031


Cortney Newmans                      DN Real Estate Services & Acquisitions, LLC    DeKalb County Tax Commissioner
309 Glenlea Lane                     2020 Howell Mill Rd                    4380 Memorial Drive
Greenville, SC 29617-1229            Suite D - 199                          Suite 100
                                     Atlanta, GA 30318-1732                 Decatur, GA 30032-1239


FCI Lender Services, Inc.            (p)FIFTH THIRD BANK                    Fifth Third Bank
PO Box 27370                         MD# ROPS05 BANKRUPTCY DEPT              PO Box 9013
Anaheim, CA 92809-0112               1850 EAST PARIS SE                     Addison, Texas 75001-9013
                                     GRAND RAPIDS MI 49546-6253


Frontier Airline                     Groundfloor Finance Inc.               H4 Investments Group, LLC
PO Box 23066                         ISOA, ATIMA                            PO Box 1254
Columbus, GA 31902-3066              75 5th Street NW #2170                 Alpharetta, GA 30009-1254
                                     Atlanta, GA 30308-1022


H4 Solutions Group, Inc.             S. Gregory Hays                        Heather Brown
PO Box 1254                          Hays Financial Consulting, LLC         138 Bulloch Avenue
Alpharetta, GA 30009-1254            Suite 555                              Roswell, GA 30075-4420
                                     2964 Peachtree Road
                                     Atlanta, GA 30305-4909


INTERNAL REVENUE SERVICE             Jeff Stamey                            Jeffrey L. Stamey
P O BOX 7346                         4420 Sylvia Drive                      c/o Heather D. Brown
2970 MARKET STREET                   Kennesaw, GA 30144                     Brown Law, LLC
PHILADELPHIA, PA. 19104-5002                                                Roswell, GA 30075


Kabbage                              David S. Klein                         Lindsay P. S. Kolba
PO Box 77073                         Weissman, PC                           Office of the U.S. Trustee
Atlanta, GA 30357-1073               One Alliance Center - 4th Floor        Suite 362
                                     3500 Lenox Road, NE                    75 Ted Turner Drive, S.W.
                                     Atlanta, GA 30326-4228                 Atlanta, GA 30303-3330


Lakelands FCU                        LendingHome Funding Corp.              Jude Rasmus
PO Box 790408                        FCI Lender Services, Inc.              Virgent Realty
Saint Louis, MO 63179-0408           P.O. Box 27370                         75 5th Street, N.W.
                                     Anaheim Hills, CA 92809-0112           Atlanta, GA 30308-1019
```

| | | |
|---|---|---|
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | Smith & Smith<br>4501 Old Spartanburg Road, Suite 15<br>Taylors, SC 29687-4105 | Jeff Stamey<br>4420 Sylva Drive<br>Marietta, GA 30064-1534 |
| Swank Law Group, LLC<br>c/o Justin M. Pawluk<br>675 Mansell Road<br>Suite 130<br>Roswell, GA 30076-4870 | Thomas Hagan<br>5401 Hedge Brook Cove<br>Acworth, GA 30101-7143 | Matthew F. Totten<br>Weissman, PC<br>Once Alliance Center, 4th Floor<br>3500 Lenox Road<br>Atlanta, GA 30326-4228 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | United States Trustee<br>362 Richard B Russell Bldg<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | C. Brent Wardrop<br>Weissman PC<br>One Alliance Center, 4th Floor<br>3500 Lenox Road<br>Atlanta, GA 30326-4228 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T Bankruptcy<br>M/C 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Brendan Hill | (d)Heather D. Brown<br>Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, GA 30075-4420 | (u)Keller Willliams Realty Buckhead |
| (u)Lending HomeFunding Corp., | (u)LendingHome Funding Corp., | (u)Lindsey McMullen<br>c/o Tayor Adkins, broker<br>taylorpullman@dorseyalston.com |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     6
Total                  44