UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

### AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that DN REAL ESTATE SERVICES & ACQUISITIONS, LLC filed an SECOND APPLICATION FOR ATTORNEY FEES (Doc 132) and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Second Fee Application for Attorneys' Fees for approval of the above-reference filing in United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

**Date:  August 20, 2018        Time:  2:00 PM        Courtroom:  1202**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: July 27, 2018        /s/_____
                            Howard P. Slomka
                            Georgia Bar #652875
                            Attorney for the Debtor
                            Slipakoff & Slomka, PC
                            Overlook III, Suite 1700
                            2859 Paces Ferry Rd, SE
                            Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| DN REAL ESTATE SERVICES & | ) | |
| ACQUISITIONS, LLC | ) | |
| Debtor, | ) | CASE NO.: 17-55587-PMB |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the APPLICATION FOR ATTORNEYS' FEES in the above styled case by via electronic mail on the interested parties.

[See Next Page for Interested Parties]

Dated: July 27, 2018

/s/ Howard P. Slomka, Esquire
***Attorney for Chapter 11 Debtor***
Georgia Bar Number: 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Atlanta, Georgia 30339
Telephone: 404-800-4017
Facsimile: 404-800-4017

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-55587-pmb<br>Northern District of Georgia<br>Atlanta<br>Tue Jul 24 15:52:16 EDT 2018 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Arnall Golden Gregory LLP<br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, GA 30363-1031 | BB&T<br>PO Box 580340<br>Charlotte, NC 28258-0340 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 | Heather D. Brown<br>Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, GA 30075-4420 |
| Cortney Newmans<br>309 Glenlea Lane<br>Greenville, SC 29617-1229 | DN Real Estate Services & Acquisitions, LLC<br>2020 Howell Mill Rd<br>Suite D - 199<br>Atlanta, GA 30318-1732 | DeKalb County Tax Commissioner<br>4380 Memorial Drive<br>Suite 100<br>Decatur, GA 30032-1239 |
| FCI Lender Services, Inc.<br>PO Box 27370<br>Anaheim, CA 92809-0112 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Frontier Airline<br>PO Box 23066<br>Columbus, GA 31902-3066 | Groundfloor Finance Inc.<br>ISOA, ATIMA<br>75 5th Street NW #2170<br>Atlanta, GA 30308-1022 | H4 Investments Group, LLC<br>PO Box 1254<br>Alpharetta, GA 30009-1254 |
| H4 Solutions Group, Inc.<br>PO Box 1254<br>Alpharetta, GA 30009-1254 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Heather Brown<br>138 Bulloch Avenue<br>Roswell, GA 30075-4420 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA. 19104-5002 | Jeff Stamey<br>4420 Sylvia Drive<br>Kennesaw, GA 30144 | Jeffrey L. Stamey<br>c/o Heather D. Brown<br>Brown Law, LLC<br>Roswell, GA 30075 |
| Kabbage<br>PO Box 77073<br>Atlanta, GA 30357-1073 | David S. Klein<br>Weissman, PC<br>One Alliance Center - 4th Floor<br>3500 Lenox Road, NE<br>Atlanta, GA 30326-4228 | Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 |
| Lakelands FCU<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | LendingHome Funding Corp.<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 | Jude Rasmus<br>Virgent Realty<br>75 5th Street, N.W.<br>Atlanta, GA 30308-1019 |

| | | |
|---|---|---|
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | Smith & Shin<br>4501 Old Spartanburg Road, Suite 15<br>Taylors, SC 29687-4105 | Jeff Stamey<br>4420 Sylva Drive<br>Marietta, GA 30064-1534 |
| Swank Law Group, LLC<br>c/o Justin M. Pawluk<br>675 Mansell Road<br>Suite 130<br>Roswell, GA 30076-4870 | Thomas Hagan<br>5401 Hedge Brook Cove<br>Acworth, GA 30101-7143 | Matthew F. Totten<br>Weissman, PC<br>Once Alliance Center, 4th Floor<br>3500 Lenox Road<br>Atlanta, GA 30326-4228 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | United States Trustee<br>362 Richard B Russell Bldg<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | C. Brent Wardrop<br>Weissman PC<br>One Alliance Center, 4th Floor<br>3500 Lenox Road<br>Atlanta, GA 30326-4228 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T Bankruptcy<br>M/C 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Brendan Hill | (d)Heather D. Brown<br>Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, GA 30075-4420 | (u)Keller Willliams Realty Buckhead |
| (u)Lending HomeFunding Corp., | (u)LendingHome Funding Corp., | (u)Lindsey McMullen<br>c/o Tayor Adkins, broker<br>taylorpullman@dorseyalston.com |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     6
Total                  44