UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & | : | |
| ACQUISITIONS, LLC | : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that DN REAL ESTATE SERVICES & ACQUISITIONS, LLC filed a APPLICATION FOR ATTORNEY'S FEES and related papers with the Court seeking an Order on June 26, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Approval of Post-Closing Real Estate Brokers Commission in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **2:00 P.M. on September 24, 2018.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 17, 2018

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & | : | |
| ACQUISITIONS, LLC | : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Amended Notice of Hearing on APPLICATION FOR ATTORNEY'S FEES in the above styled case via electronic mail on the interested parties.

[See Next Page for Interested Parties]

Dates: August 17, 2018

/s/
Howard P. Slomka
Georgia Bar #652875
Attorney for the Chapter 11 Debtor
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

```
Label Matrix for local noticing          American Express                          American Express Bank, FSB
113E-1                                   PO Box 1270                               c/o Becket and Lee LLP
Case 17-55587-pmb                        Newark, NJ 07101-1270                     PO Box 3001
Northern District of Georgia                                                       Malvern  PA 19355-0701
Atlanta
Fri Aug 17 13:14:54 EDT 2018

Arnall Golden Gregory LLP                BB&T                                      (p)BB AND T
171 17th Street, N.W.                    PO Box 580340                             PO BOX 1847
Suite 2100                               Charlotte, NC 28258-0340                  WILSON NC 27894-1847
Atlanta, GA 30363-1031


(p)BANK OF AMERICA                       Michael J. Bargar                         Heather D. Brown
PO BOX 982238                            Arnall Golden Gregory, LLP                Brown Law, LLC
EL PASO TX 79998-2238                    Suite 2100                                138 Bulloch Avenue
                                         171 17th Street, N.W.                     Roswell, GA 30075-4420
                                         Atlanta, GA 30363-1031


Cortney Newmans                          DN Real Estate Services & Acquisitions, LLC   DeKalb County Tax Commissioner
309 Glenlea Lane                         2020 Howell Mill Rd                       4380 Memorial Drive
Greenville, SC 29617-1229                Suite D - 199                             Suite 100
                                         Atlanta, GA 30318-1732                    Decatur, GA 30032-1239


FCI Lender Services, Inc.                (p)FIFTH THIRD BANK                       Fifth Third Bank
PO Box 27370                             MD# ROPS05 BANKRUPTCY DEPT                PO Box 9013
Anaheim, CA 92809-0112                   1850 EAST PARIS SE                        Addison, Texas 75001-9013
                                         GRAND RAPIDS MI 49546-6253


Frontier Airline                         Groundfloor Finance Inc.                  H4 Investments Group, LLC
PO Box 23066                             ISOA, ATIMA                               PO Box 1254
Columbus, GA 31902-3066                  75 5th Street NW #2170                    Alpharetta, GA 30009-1254
                                         Atlanta, GA 30308-1019


H4 Solutions Group, Inc.                 S. Gregory Hays                           Heather Brown
PO Box 1254                              Hays Financial Consulting, LLC            138 Bulloch Avenue
Alpharetta, GA 30009-1254                Suite 555                                 Roswell, GA 30075-4420
                                         2964 Peachtree Road
                                         Atlanta, GA 30305-4909


INTERNAL REVENUE SERVICE                 Jeff Stamey                               Jeffrey L. Stamey
P O BOX 7346                             4420 Sylvia Drive                         c/o Heather D. Brown
2970 MARKET STREET                       Kennesaw, GA 30144                        Brown Law, LLC
PHILADELPHIA, PA. 19104-5002                                                       Roswell, GA 30075


Kabbage                                  David S. Klein                            Lindsay P. S. Kolba
PO Box 77073                             Weissman, PC                              Office of the U.S. Trustee
Atlanta, GA 30357-1073                   One Alliance Center - 4th Floor           Suite 362
                                         3500 Lenox Road, NE                       75 Ted Turner Drive, S.W.
                                         Atlanta, GA 30326-4228                    Atlanta, GA 30303-3330


Lakelands FCU                            LendingHome Funding Corp.                 Jude Rasmus
PO Box 790408                            FCI Lender Services, Inc.                 Virgent Realty
Saint Louis, MO 63179-0408               P.O. Box 27370                            75 5th Street, N.W.
                                         Anaheim Hills, CA 92809-0112              Atlanta, GA 30308-1019
```

| | | |
|---|---|---|
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | Smith & Shin<br>4501 Old Spartanburg Road, Suite 15<br>Taylors, SC 29687-4105 | Jeff Stamey<br>4420 Sylva Drive<br>Marietta, GA 30064-1534 |
| Swank Law Group, LLC<br>c/o Justin M. Pawluk<br>675 Mansell Road<br>Suite 130<br>Roswell, GA 30076-4870 | Thomas Hagan<br>5401 Hedge Brook Cove<br>Acworth, GA 30101-7143 | Matthew F. Totten<br>Weissman, PC<br>Once Alliance Center, 4th Floor<br>3500 Lenox Road<br>Atlanta, GA 30326-4228 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | United States Trustee<br>362 Richard B Russell Bldg<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | C. Brent Wardrop<br>Weissman PC<br>One Alliance Center, 4th Floor<br>3500 Lenox Road<br>Atlanta, GA 30326-4228 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T Bankruptcy<br>M/C 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Brendan Hill | (d)Heather D. Brown<br>Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, GA 30075-4420 | (u)Keller Willliams Realty Buckhead |
| (u)Lending HomeFunding Corp., | (u)LendingHome Funding Corp., | (u)Lindsey McMullen<br>c/o Tayor Adkins, broker<br>taylorpullman@dorseyalston.com |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     6
Total                  44