UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : | |
| | : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

___

**RE-NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that DN REAL ESTATE SERVICES & ACQUISITIONS, LLC filed a APPLICATION FOR ATTORNEY'S FEES and related papers with the Court seeking an Order on June 26, 2018 (Doc. 132).

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Second Application for Attorney's Fees in <u>Courtroom 1202</u>, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **2:00 P.M. on October 22, 2018.**

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

    Dated: September 24, 2018

                                                                         <u>/s/ Howard P. Slomka, Esq.</u>
                                                                         Howard P. Slomka
                                                                         Georgia Bar #652875
                                                                         Attorney for the Debtor
                                                                         Slipakoff & Slomka, PC
                                                                         Overlook III, Suite 1700
                                                                         2859 Paces Ferry Rd, SE
                                                                         Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the Re-Notice of Hearing on APPLICATION FOR ATTORNEY'S FEES in the above styled case via electronic mail on the interested parties.

    [See Next Page for Interested Parties]

Dates: September 24, 2018

    /s/_Howard P. Slomka, Esq.
    Howard P. Slomka
    Georgia Bar #652875
    Attorney for the Chapter 11 Debtor
    Slipakoff & Slomka, PC
    Overlook III, Suite 1700
    2859 Paces Ferry Rd, SE
    Atlanta, GA 30339

Label Matrix for local noticing
113E-1
Case 17-55587-pmb
Northern District of Georgia
Atlanta
Tue May 23 09:04:47 EDT 2017

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

BB&T
PO Box 580340
Charlotte, NC 28258-0340

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Milo S. Cogan
FSB FisherBroyles, LLP
4140 Roswell Road
Atlanta, GA 30342-3717

Cortney Newmans
309 Glenlea Lane
Greenville, SC 29617-1229

DN Real Estate Services & Acquisitions, LLC
2020 Howell Mill Rd
Suite D - 199
Atlanta, GA 30318-1732

DeKalb County Tax Commissioner
4380 Memorial Drive
Suite 100
Decatur, GA 30032-1239

PCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

Frontier Airline
PO Box 23066
Columbus, GA 31902-3066

Groundfloor Finance Inc.
ISOA, ATIMA
75 5th Street NW #2170
Atlanta, GA 30308-1015

H4 Investments Group, LLC
PO Box 1254
Alpharetta, GA 30009-1254

H4 Solutions Group, Inc.
PO Box 1254
Alpharetta, GA 30009-1254

INTERNAL REVENUE SERVICE
P O BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Jeff Stoney
4420 Sylvia Drive
Kennesaw, GA 30144

Kabbage
PO Box 77073
Atlanta, GA 30357-1073

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

Lakelands FCU
PO Box 790408
Saint Louis, MO 63179-0408

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 200
1069 Spring Street, NW
Atlanta, GA 30309-3817

Jeff Stoney
4420 Sylva Drive
Marietta, GA 30064-1534

Swank Law Group, LLC
c/o Justin M. Pawluk
675 Mansell Road
Suite 130
Roswell, GA 30076-4870

Thomas Hagan
5401 Badge Brook Cove
Acworth, GA 30101-7143

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

United States Trustee
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T Bankruptcy
M/C 100-50-01-51
P.O. Box 1847
Wilson, NC 27894-1847

Bank of America
PO Box 982235
El Paso, TX 79998

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Brendan Hill

(u)Lindsey McMullen
c/o Tayor Adkins, broker
taylorpullman@dorseyalston.com

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31