

**IT IS ORDERED as set forth below:**

**Date: December 7, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DN REAL ESTATE SERVICES & ACQUISITIONS, LLC | : : | |
| | : | CASE NO. 17-55587-PMB |
| Debtor | : | |

_____

**ORDER GRANTNG FEE APPLICATION FOR DEBTOR'S ACCOUNTANT**

Debtor's counsel filed its Application for Chapter 11 Fees due to Debtor's Accountant (the "Fee Application") on June 26, 2018 (Doc. No. 131). All parties were served, and the United States Trustee filed an objection on July 25, 2018 (the "Objection") (Doc. No. 141).

At the call of the calendar on November 27, 2018 the United States Trustee, represented by Lindsay P. S. Kolba, Esq. and the Chapter 7 Trustee Gregory Hays, represented by Michael J. Bargar, Esq. announced their opposition to the $650 as it was beyond the date and scope of the Fee Application and to the $2,250 because the preparation of the 2017 tax return was not expressly included within the Order to employ Accountant. The Court is persuaded that the preparation of tax returns is within the

expected scope of services for an appointed accountant in a Chapter 11 case, but suggests that Debtor counsel include this scope expressly in future applications. The $650 payment is denied based upon U.S. Trustee's objection. There being no other opposition, it is therefore:

ORDERED that Debtor's Accountant Smith & Shin, LLC is entitled to fees in the amount of $2,250.00 as stated in the Fee Application and Response, as a Chapter 11 administrative expense claim.

**END OF DOCUMENT**

Prepared by:

\_\_\_\_/s/_____
Howard P. Slomka
Georgia Bar No. 652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
howie@slomkalawfirm.com

| No Opposition by: | Reviewed by: |
|---|---|
| \_\_\_/s/_____ | \_\_\_s/_____ |
| Lindsay P.S. Kolba, Esq. | Michael J. Bargar, Esq. |
| Counsel for United States Trustee | Counsel for Chapter 7 Trustee |
| GA Bar No. 541621 | GA Bar No. 645709 |
| 75 Ted Turner Drive, Suite 362 | Arnall Golden Gregory LLP |
| Atlanta, GA 30303 | 171 17th Street, Suite 200 |
| | Atlanta, GA  30309 |

Distribution list:

Office of the United States Trustee
362 Richard B. Russell Building 7
5 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III – Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

DN Real Estate Services & Acquisitions, LLC
2020 Howell Mill Rd Suite D – 199
Atlanta, GA 30318

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031