# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 17-55587-PMB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | DN REAL ESTATE SERVICES & ACQUISITI | Date Filed (f) or Converted (c): | 05/31/2018 (c) |
| | | § 341(a) Meeting Date: | 07/10/2018 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 12/17/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking Account at Bank of America checking, xxxxxx0521<br>Administered during the Chapter 11 case. | 17,964.00 | 0.00 | | 0.00 | FA |
| 2 | Account at BB&T checking, xxxxxx4697<br>Administered during the Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 2996 Briarlake Rd Decatur, GA 30033. Debtor renovated and improved property 2015-2016. Purchase Price 255K., Fee Simple, Valuation Method: Comparable sale<br>Administered during the Chapter 11 case. | 450,000.00 | 0.00 | | 0.00 | FA |
| 4 | 761 Antoine Street NW Atlanta, GA 30318 Purchased in 2015 for 210K. Renovated and improved 2015-2016., Fee Simple<br>Administered during the Chapter 11 case. | 375,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2233 Chestnut Hill Circle Decatur, GA 30032 Purchased January 2017 for $86,500. Under renovation as of petition date. Anticipates renovations will be completed by mid-April, 2017 Likely to sell for $185K., Fee Simple, Valuation Method: Comparable sale<br>Administered during the Chapter 11 case. | 95,000.00 | 0.00 | | 0.00 | FA |
| 6 | www.newmansreigroup.com. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Suntrust DIP Account # xxx6372 (u) | 40,305.89 | 40,305.89 | | 40,305.89 | FA |
| 8 | Fees Paid to Professionals Absent an Order (u) | 2,900.00 | 2,900.00 | | 2,900.00 | FA |
| 9 | Post Petition Transfers (u) | 10,387.93 | 10,387.93 | | 0.00 | 10,387.93 |
| 9 | Assets   Totals   (Excluding unknown values) | **$991,557.82** | **$53,593.82** | | **$43,205.89** | **$10,387.93** |

**Major Activities Affecting Case Closing:**

The case was originally filed as a Chapter 11 case on 3/28/20017.  It was converted to Chapter 7 on May 31, 2018.

The Trustee has taken possession of the funds in the Debtor's bank account.  Trustee is investigating Chapter 11 transactions.

**Initial Projected Date Of Final Report (TFR):**   12/31/2019        **Current Projected Date Of Final Report (TFR):**   12/31/2019

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 17-55587-PMB  
**Case Name:** DN REAL ESTATE SERVICES & ACQUISITI  

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 05/31/2018 (c)  
**§ 341(a) Meeting Date:** 07/10/2018  

**For Period Ending:** 06/30/2019  

**Claims Bar Date:** 12/17/2018  

07/29/2019  
Date  

/s/S. Gregory Hays  
S. Gregory Hays

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 17-55587-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | DN REAL ESTATE SERVICES & ACQUISITI | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8297 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/18 | {7} | DN Real Estate Services & Acquisitions LLC | Closed Suntrust DIP Account # xxx6372 | 1290-010 | 40,305.89 | | 40,305.89 |
| 08/06/18 | {8} | Smith and Shin LLC | Return of Chapter 11 Fees | 1290-000 | 2,900.00 | | 43,205.89 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.23 | 43,146.66 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.09 | 43,113.57 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.97 | 43,074.60 |
| | | | COLUMN TOTALS | | 43,205.89 | 131.29 | $43,074.60 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 43,205.89 | 131.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $43,205.89 | $131.29 | |

{ } Asset Reference(s)                                            ! - transaction has not been cleared

**Form 2**

Page: 2-2

**Cash Receipts And Disbursements Record**

| | | | |
|---|---|---|---|
| **Case No.:** | 17-55587-PMB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | DN REAL ESTATE SERVICES & ACQUISITI | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8297 | **Account #:** | ******3900 Checking |
| **For Period Ending:** | 06/30/2019 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $43,205.89 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $43,205.89 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3900 Checking | $43,205.89 | $131.29 | $43,074.60 |
| | $43,205.89 | $131.29 | $43,074.60 |