**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re:  DN REAL ESTATE SERVICES & ACQUISITIONS LLC | § § § § | Case No. 17-55587-PMB |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

 1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 03/28/2017. The case was converted to one under Chapter 7 on 05/31/2018. The undersigned trustee was appointed on 06/04/2018.

 2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

 3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

 4. The trustee realized the gross receipts of  $  43,205.89

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 444.77 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 42,761.12 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/17/2018 and the deadline for filing governmental claims was 12/17/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,070.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,211.04, for a total compensation of $4,211.04[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $67.46 for total expenses of $67.46[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/18/2020                              By: /s/ S. Gregory Hays
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 17-55587-PMB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | DN REAL ESTATE SERVICES & ACQUISITIONS LLC | Date Filed (f) or Converted (c): | 05/31/2018 (c) |
| | | § 341(a) Meeting Date: | 07/10/2018 |
| For Period Ending: | 08/18/2020 | Claims Bar Date: | 12/17/2018 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking Account at Bank of America checking, xxxxxx0521<br>Administered during the Chapter 11 case. | 17,964.00 | 0.00 | | 0.00 | FA |
| 2 | Account at BB&T checking, xxxxxx4697<br>Administered during the Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 2996 Briarlake Rd Decatur, GA 30033. Debtor renovated and improved property 2015-2016. Purchase Price 255K., Fee Simple, Valuation Method: Comparable sale<br>Administered during the Chapter 11 case. | 450,000.00 | 0.00 | | 0.00 | FA |
| 4 | 761 Antoine Street NW Atlanta, GA 30318 Purchased in 2015 for 210K. Renovated and improved 2015-2016., Fee Simple<br>Administered during the Chapter 11 case. | 375,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2233 Chestnut Hill Circle Decatur, GA 30032 Purchased January 2017 for $86,500. Under renovation as of petition date. Anticipates renovations will be completed by mid-April, 2017 Likely to sell for $185K., Fee Simple, Valuation Method: Comparable sale<br>Administered during the Chapter 11 case. | 95,000.00 | 0.00 | | 0.00 | FA |
| 6 | www.newmansreigroup.com. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Suntrust DIP Account # xxx6372 (u) | 40,305.89 | 40,305.89 | | 40,305.89 | FA |
| 8 | Fees Paid to Professionals Absent an Order (u) | 2,900.00 | 2,900.00 | | 2,900.00 | FA |
| 9 | Post Petition Transfers (u) | 10,387.93 | 10,387.93 | | 0.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$991,557.82** | **$53,593.82** | | **$43,205.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

The case was originally filed as a Chapter 11 case on 3/28/2017. It was converted to Chapter 7 on May 31, 2018.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 08/18/2020 (Actual)

08/18/2020    /s/S. Gregory Hays
Date             S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 17-55587-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | DN REAL ESTATE SERVICES & ACQUISITIONS LLC | Bank Name: | Mechanics Bank |
| | | Account #: | ******3900 Checking |
| Taxpayer ID #: | **-***8297 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 08/18/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/18 | {7} | DN Real Estate Services & Acquisitions LLC | Closed Suntrust DIP Account # xxx6372 | 1290-010 | 40,305.89 | | 40,305.89 |
| 08/06/18 | {8} | Smith and Shin LLC | Return of Chapter 11 Fees | 1290-000 | 2,900.00 | | 43,205.89 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.23 | 43,146.66 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.09 | 43,113.57 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.97 | 43,074.60 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 43,074.60 | 0.00 |
| | | **COLUMN TOTALS** | | | 43,205.89 | 43,205.89 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 43,074.60 | |
| | | **Subtotal** | | | 43,205.89 | 131.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$43,205.89** | **$131.29** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                ! - transaction has not been cleared

**Form 2**       **Exhibit B**

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 17-55587-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | DN REAL ESTATE SERVICES & ACQUISITIONS LLC | Bank Name: | East West Bank |
| | | Account #: | ******0064 Demand Deposit Account |
| Taxpayer ID #: | **-***8297 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 08/18/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 43,074.60 | | 43,074.60 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 34.42 | 43,040.18 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 68.79 | 42,971.39 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 66.39 | 42,905.00 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 73.14 | 42,831.86 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 70.74 | 42,761.12 |
| | | **COLUMN TOTALS** | | | 43,074.60 | 313.48 | **$42,761.12** |
| | | Less: Bank Transfers/CDs | | | 43,074.60 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 313.48 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$313.48** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-55587-PMB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | DN REAL ESTATE SERVICES & ACQUISITIONS LLC | **Bank Name:** | East West Bank |
| | | **Account #:** | ******0064 Demand Deposit Account |
| **Taxpayer ID #:** | **-***8297 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| **For Period Ending:** | 08/18/2020 | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $43,205.89 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $43,205.89 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3900 Checking | $43,205.89 | $131.29 | $0.00 |
| ******0064 Demand Deposit Account | $0.00 | $313.48 | $42,761.12 |
| | $43,205.89 | $444.77 | $42,761.12 |

| | |
|---|---|
| 08/18/2020 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 17-55587-PMB        DN REAL ESTATE SERVICES &

Claims Bar Date: 12/17/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | DeKalb County Tax Commissioner<br>4380 Memorial Drive<br>Suite 100<br>Decatur, GA 30032<br><4700-000 Real Property Tax Liens (pre-petition)><br>, 100 | Secured<br>04/14/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | $6,577.55 secured claim. Claim withdrawn per Docket # 166. Paid during Chapter 11 case at closing on sale of real property. $0.00 owed. | | | | | |
| 8 | LendingHome Funding Corp.<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>09/01/17 | | $396,716.81<br>$396,716.81 | $0.00 | $396,716.81 |
| ADM1 | S. Gregory Hays<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>03/27/19 | | $5,070.59<br>$5,070.59 | $0.00 | $5,070.59 |
| | So that funds are available to make a full distribution to priority tax creditors and a 1% distribution to general unsecured creditors, the case professionals have agreed to receive a reduced final distribution as calculated and listed in Exhibit D of the Trustee's Final Report. | | | | | |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>03/27/19 | | $81.23<br>$81.23 | $0.00 | $81.23 |
| | So that funds are available to make a full distribution to priority tax creditors and a 1% distribution to general unsecured creditors, the case professionals have agreed to receive a reduced final distribution as calculated and listed in Exhibit D of the Trustee's Final Report. | | | | | |
| ADM3 | Hays Financial Consulting, LLC<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>03/27/19 | | $7,920.00<br>$7,920.00 | $0.00 | $7,920.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 17-55587-PMB                    DN REAL ESTATE SERVICES &

Claims Bar Date: 12/17/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | So that funds are available to make a full distribution to priority tax creditors and a 1% distribution to general unsecured creditors, the case professionals have agreed to receive a reduced final distribution as calculated and listed in Exhibit D of the Trustee's Final Report. | | | | | |
| ADM4 | Hays Financial Consulting, LLC<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>03/27/19 | | $79.15<br>$79.15 | $0.00 | $79.15 |
| | So that funds are available to make a full distribution to priority tax creditors and a 1% distribution to general unsecured creditors, the case professionals have agreed to receive a reduced final distribution as calculated and listed in Exhibit D of the Trustee's Final Report. | | | | | |
| ADM5 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>03/29/19 | | $16,763.50<br>$16,763.50 | $0.00 | $16,763.50 |
| | So that funds are available to make a full distribution to priority tax creditors and a 1% distribution to general unsecured creditors, the case professionals have agreed to receive a reduced final distribution as calculated and listed in Exhibit D of the Trustee's Final Report. | | | | | |
| ADM6 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>03/29/19 | | $29.88<br>$29.88 | $0.00 | $29.88 |
| | So that funds are available to make a full distribution to priority tax creditors and a 1% distribution to general unsecured creditors, the case professionals have agreed to receive a reduced final distribution as calculated and listed in Exhibit D of the Trustee's Final Report. | | | | | |
| ADM7 | Office of the US Trustee<br>PO Box 6200-19<br>Portland, OR 97228-6200<br><2950-000 United States Trustee Quarterly Fees><br>, 200 | Administrative<br>08/18/20 | | $293.39<br>$293.39 | $0.00 | $293.39 |
| | Chapter 11 US Trustee quarterly fees per 8/18/20 email from US Trustee's office. | | | | | |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 17-55587-PMB    DN REAL ESTATE SERVICES &

Claims Bar Date: 12/17/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Ch11 (1) | Smith & Shin CPAS, LLC<br>4501 Old Spartanburg Road<br>Suite 15<br>Taylors, SC 29687<br><6410-000 Prior Chapter Accountant for Trustee/DIP Fees (Other Firm)><br>, 300 | Administrative<br>12/11/18 | | $2,250.00<br>$2,250.00 | $0.00 | $2,250.00 |
| | Allowed as Chapter 11 administrative claim per Order, Docket # 159. | | | | | |
| Ch11 (2) | Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339<br><6210-160 Attorney for D-I-P Fees (Chapter 11)><br>, 300 | Administrative<br>03/28/19 | | $12,777.00<br>$12,777.00 | $0.00 | $12,777.00 |
| | Balance of Awarded Chapter 11 fees awarded per Orders, approving fee applications, Orders # 90 and 161. | | | | | |
| 6P | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>05/10/17 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| 1 | Fifth Third Bank<br>PO Box 9013<br>Addison, TX 75001<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/10/17 | | $6,724.28<br>$6,724.28 | $0.00 | $6,724.28 |
| 3 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/14/17 | | $10,977.12<br>$10,977.12 | $0.00 | $10,977.12 |
| 4 | BB&T Bankruptcy<br>M/C 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/01/17 | | $1,505.19<br>$1,505.19 | $0.00 | $1,505.19 |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 17-55587-PMB          DN REAL ESTATE SERVICES &

Claims Bar Date: 12/17/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | BB&T Bankruptcy<br>M/C 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/01/17 | | $2,417.65<br>$2,417.65 | $0.00 | $2,417.65 |
| 6U | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/10/17 | | $200.00<br>$200.00 | $0.00 | $200.00 |
| 7 | Jeffrey L. Stamey<br>c/o Heather D. Brown, Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, GA 30075<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Claim amended to $46,181.07 on 6/3/2020. POC # 7-3. | Unsecured<br>08/31/17 | | $46,181.07<br>$46,181.07 | $0.00 | $46,181.07 |
| 9 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO 63166-0108<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/05/18 | | $2,081.05<br>$2,081.05 | $0.00 | $2,081.05 |
| 10 | H4 Solutions Group, Inc.<br>PO Box 1254<br>Alpharetta, GA 30009<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/14/18 | | $32,846.68<br>$32,846.68 | $0.00 | $32,846.68 |
| 11 | H4 Investments Group, LLC<br>PO Box 1254<br>Alpharetta, GA 30009<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/14/18 | | $54,311.38<br>$54,311.38 | $0.00 | $54,311.38 |

UST Form 101-7-TFR (5/1/2011)

Page: 5

# Exhibit C

## Analysis of Claims Register

**Case:** 17-55587-PMB          **DN REAL ESTATE SERVICES &**

Claims Bar Date: 12/17/18

**Case Total:**    **$0.00**    **$600,225.97**

**UST Form 101-7-TFR (5/1/2011)**

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-55587-PMB
Case Name: DN REAL ESTATE SERVICES & ACQUISITIONS LLC
Trustee Name: S. Gregory Hays

**Balance on hand:**   $   42,761.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | DeKalb County Tax Commissioner | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | LendingHome Funding Corp. | 396,716.81 | 396,716.81 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   42,761.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 5,070.59 | 0.00 | 4,211.04 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 7,920.00 | 0.00 | 6,577.43 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 79.15 | 0.00 | 65.73 |
| Fees, United States Trustee | 293.39 | 0.00 | 293.39 |
| Trustee, Expenses - S. Gregory Hays | 81.23 | 0.00 | 67.46 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 16,763.50 | 0.00 | 13,921.81 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 29.88 | 0.00 | 24.82 |

Total to be paid for chapter 7 administrative expenses:   $   25,161.68
Remaining balance:   $   17,599.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees (Chapter 11) - Slipakoff & Slomka, PC | 12,777.00 | 0.00 | 12,777.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Smith & Shin CPAS, LLC | 2,250.00 | 0.00 | 2,250.00 |

Total to be paid for prior chapter administrative expenses:   $   15,027.00
Remaining balance:   $   2,572.44

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6P | INTERNAL REVENUE SERVICE | 1,000.00 | 0.00 | 1,000.00 |

|  | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 1,000.00 |
| Remaining balance: | $ | 1,572.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $157,244.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Fifth Third Bank | 6,724.28 | 0.00 | 67.24 |
| 3 | American Express Bank, FSB | 10,977.12 | 0.00 | 109.77 |
| 4 | BB&T Bankruptcy | 1,505.19 | 0.00 | 15.05 |
| 5 | BB&T Bankruptcy | 2,417.65 | 0.00 | 24.18 |
| 6U | INTERNAL REVENUE SERVICE | 200.00 | 0.00 | 2.00 |
| 7 | Jeffrey L. Stamey | 46,181.07 | 0.00 | 461.81 |
| 9 | U.S. Bank NA dba Elan Financial Services Bankruptcy Department | 2,081.05 | 0.00 | 20.81 |
| 10 | H4 Solutions Group, Inc. | 32,846.68 | 0.00 | 328.47 |
| 11 | H4 Investments Group, LLC | 54,311.38 | 0.00 | 543.11 |

|  | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 1,572.44 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None | | | |

|  | | |
|---|---:|---:|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)